Same case below, 577 F.3d 768.

**No. 09-1079. Mayra Rivas-Rodriguez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 965, 130 S. Ct. 3410, 177 L. Ed. 2d 324, 2010 U.S. LEXIS 4853.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 355 Fed. Appx. 740.

**No. 09-1098. Joseph A. Levine, Petitioner v. The Greece Central School District, et al.**

560 U.S. 965, 130 S. Ct. 3411, 177 L. Ed. 2d 324, 2010 U.S. LEXIS 4947.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 353 Fed. Appx. 461.

**No. 09-1213. Timothy C. Lamb, Petitioner v. North Dakota State Board of Law Examiners.**

560 U.S. 965, 130 S. Ct. 3412, 177 L. Ed. 2d 324, 2010 U.S. LEXIS 4876.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of North Dakota denied.

Same case below, 777 N.W.2d 343.

**No. 09-1219. Cecil G. Bailey, Petitioner v. Lorraine Caldwell, as Personal Representative of the Estate of Virgil Bailey.**

560 U.S. 965, 130 S. Ct. 3412, 177 L. Ed. 2d 324, 2010 U.S. LEXIS 4816, ■

■

June 14, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 27 So. 3d 31.

**No. 09-1222. Rahul Singh, Petitioner v. Charles Reed, et al.**

560 U.S. 965, 130 S. Ct. 3412, 177 L. Ed. 2d 324, 2010 U.S. LEXIS 4898.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 314.

**No. 09-1225. Wilbert Williams, Petitioner v. Government of the Virgin Island Board of Medical Examiners, et al.**

560 U.S. 965, 130 S. Ct. 3445, 177 L. Ed. 2d 324, 2010 U.S. LEXIS 4846.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 360 Fed. Appx. 297.